UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JAYNE KRYGIER,<br><br>        Plaintiff,<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY; THE BOEING COMPANY; GROUP LIFE ACCIDENT HEALTH INSURANCE POLICY; EMPLOYEE BENEFIT PLAN COMMITTEE; and DOE DEFENDANT,<br><br>        Defendants. | NO. 2:17-cv-00985-RSM<br><br>ORDER OF DISMISSAL |

THIS MATTER, having been brought before the undersigned Judge of the above-entitled Court, and the Court deeming itself fully advised in all matters and pursuant to the agreed stipulation for order of dismissal between the parties does hereby

ORDER that the above-entitled action and all the claims, counterclaims and defenses asserted in the action are dismissed with prejudice and without an award of attorney's fees or costs to any party.

DATED this 11th day of May 2018.

                                      RICARDO S. MARTINEZ
                                    CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL – 1
(2:17-cv-00985-RSM)

KRY002-0004 Krygier 17-985.ord-dsm.docx

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Presented by:

| | |
|---|---|
| CARNEY BADLEY SPELLMAN, P.S. | JENSEN MORSE BAKER PLLC |
| *s/ Scott R. Weaver* | s/ Sarah E. Swale |
| Scott R. Weaver, WSBA No. 29267 | Sarah E. Swale, WSBA No. 29626 |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 701 Fifth Avenue, Suite 3600 | 216 First Avenue South, Suite 204 |
| Seattle, WA 98104 | Seattle, WA 98104 |
| Phone: (206) 622-8020 | Telephone: (206) 682-1550 |
| Facsimile: (206) 467-8215 | Email: sarah.swale@jmblawyers.com |
| Email: weaver@carneylaw.com | |

ORDER OF DISMISSAL – 2
(2:17-cv-00985-RSM)

KRY002-0004 Krygier 17-985.ord-dsm.docx

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020